Christopher D. Holt, Bar No. 228399
KLINEDINST PC
4 Hutton Centre Drive, Suite 675
Santa Ana, California 92707
(714) 542-1800/FAX (714) 542-3592
cholt@klinedinstlaw.com

Attorneys for Defendant
NORTHLAND GROUP, INC.

KLINEDINST PC
4 HUTTON CENTRE DRIVE, STE. 675
SANTA ANA, CALIFORNIA 92707

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA BURTON,<br><br>                     Plaintiff,<br><br>          v.<br><br>NORTHLAND GROUP, INC.,<br><br>                     Defendant. | Case No.    CV092366 JL<br><br>**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Courtroom:          F, 15th Floor<br>Magistrate Judge: James Larson<br>Complaint Filed:  May 28, 2009<br>Trial Date:          None set<br><br>Date of Hearing:  September 9, 2009<br>Time of Hearing:  10:30 a.m. |

The undersigned, counsel of record for Defendant, Northland Group, Inc.,

("Northland") hereby respectfully requests the Court's permission to participate by

telephone at the Initial Case Management Conference scheduled for September 9, 2009 at

10:30 a.m. Counsel's office is located in Orange County, California and as such

telephonic participation in the Case Management Conference would eliminate the

///

///

///

///

///

- 1 -

1   significant expenditure of time and resources involved in travel to and from San

2   Francisco. For the convenience of the Court, counsel will coordinate a timely call to

3   chambers, should this request be granted.

4

5                                          KLINEDINST PC

6

7   DATED: July 27, 2009              By: _____

8                                          Christopher D. Holt
                                           Attorneys for Defendant
9                                          NORTHLAND GROUP, INC.

    814479v1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KLINEDINST PC
4 HUTTON CENTRE DRIVE, STE. 675
SANTA ANA, CALIFORNIA 92707

- 2 -

**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
**CV092366 JL**

# ~~PROPOSED~~ ORDER

Upon good cause showing, permission is hereby granted for Christopher D. Holt, counsel of record for Defendant, Northland Group, Inc., to participate by telephone in the Case Management Conference scheduled for September 9, 2009 at 10:30 a.m.

**IT IS SO ORDERED.**

Dated: ___September 8, 2009___

_____
Hon. James Larson
United States Magistrate Judge

DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT
CONFERENCE AND [PROPOSED] ORDER
CV092366 JL

KLINEDINST PC
4 HUTTON CENTRE DRIVE, STE. 675
SANTA ANA, CALIFORNIA 92707

1  Christopher D. Holt, Bar No. 228399
   KLINEDINST PC
2  4 Hutton Centre Drive, Suite 675
   Santa Ana, California 92707
3  (714) 542-1800/FAX (714) 542-3592
   cholt@klinedinstlaw.com
4
   Attorneys for Defendant
5  NORTHLAND GROUP, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  DONNA BURTON,                        Case No.    CV092366 JL

12          Plaintiff,                   **CERTIFICATE OF SERVICE**

13      v.                               Date
                                         Time:
14  NORTHLAND GROUP, INC.,               Courtroom:       F, 15th Floor
                                         Judge:
15          Defendant.                   Magistrate Judge: James Larson
                                         Complaint Filed:  May 28, 2009
16                                       Trial Date:       None set

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

KLINEDINST PC
4 HUTTON CENTRE DRIVE, STE. 675
SANTA ANA, CALIFORNIA 92707

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA )
)
COUNTY OF ORANGE )

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Orange, California, and my business address is 4 Hutton Centre Drive, Suite 675, Santa Ana, California 92707.

On **August 3, 2009**, I caused to be served the following documents:

**DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

☐ **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Santa Ana, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).)

☐ **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service.

☐ **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office.

☒ **BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing document(s) using the CM/ECF system. Service of an electronically filed document upon a CM/ECF User who has consented to electronic service is deemed complete upon the transmission of the Notice of Electronic Filing ("NEF") . The NEF will be maintained with the original document(s) in our office.

☐ **BY PERSONAL SERVICE:** I served the person(s) listed below by leaving the documents, in an envelop or package clearly labeled to identify the person being served, to be personally served via Cal Express Attorney Service on the parties listed on the service list below at their designated business address.

☐ By personally delivering the copies;

☐ By leaving the copies at the attorney's office;

☐ With a receptionist, or with a person having charge thereof; or

KLINEDINST PC
4 HUTTON CENTRE DRIVE, STE. 675
SANTA ANA, CALIFORNIA 92707

- 2 -

**CERTIFICATE OF SERVICE**

☐   In a conspicuous place in the office between the hours of _____ in the morning and five in the afternoon;

☐   By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning, and six in the afternoon.

    I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

**SEE ATTACHED SERVICE LIST**

    I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Santa Ana, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed on August 3, 2009, at Santa Ana, California.

_Carrie L. Gagne_
Carrie L. Gagne

KLINEDINST PC
4 HUTTON CENTRE DRIVE, STE. 675
SANTA ANA, CALIFORNIA 92707

- 3 -

**CERTIFICATE OF SERVICE**

1
2

Service List
Donna Burton v. Northland Group, Inc.
1465-5005

3
4
5
6
7

| | |
|---|---|
| Todd M. Friedman<br>LAW OFFICES OF TODD M.<br>FRIEDMAN, P.C.<br>369 S. Doheny Dr. #415<br>Beverly Hills, CA 90211 | T: (877) 206-4741<br>F: (866) 623-0228<br><br>Email:<br>tfriedman@attorneysforconsumers.com<br><br>Attorney for Plaintiff<br>DONNA BURTON |

8

812834v1

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KLINEDINST PC
4 HUTTON CENTRE DRIVE, STE. 675
SANTA ANA, CALIFORNIA 92707

**CERTIFICATE OF SERVICE**