Todd M. Friedman, Esq.- State Bar #216752
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
(877) 206-4741
Attorney for Plaintiff, Donna Burton

**IT IS SO ORDERED**
*[signature]*
Judge James Larson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DONNA BURTON,<br><br>    Plaintiff,<br><br>v.<br><br>NORTHLAND GROUP INC.,<br><br>    Defendant. | Case No.: **CV 09 2366 JL**<br><br>**PLAINTIFF'S MOTION TO APPEAR BY PHONE TO THE CASE MANAGEMENT CONFERENCE**<br><br>**Date:         September 9, 2009**<br>**Time:         10:30 A.M.**<br>**Courtroom:  F, 15th Floor**<br>**Honorable Judge James Larson** |

Todd M. Friedman, counsel for Plaintiff Donna Burton, hereby requests permission to appear telephonically to the Case Management Conference scheduled in this matter for September 9, 2009. Mr. Friedman's office is located in Beverly Hills which is approximately 300 miles from the courthouse.

Dated: August 5, 2009

                                              LAW OFFICES OF TODD M. FRIEDMAN

                                              By _____
                                                  s/ Todd M. Friedman
                                                  Attorney for Plaintiff

- 1 -

PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE

CERTIFICATE OF SERVICE

I, Saam Ahmadinia, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 369 S. Doheny Dr. #415, Beverly Hills, CA 90211.

On August 4, 2009, I served the following document(s) described as:
**Motion to Appear by Phone to the Case Management Conference**, on all interested parties in this action by placing:

[ ] a true copy
[ X ] the original thereof enclosed in sealed envelope(s) addressed as follows:

Christopher D. Holt
Klinedinst, PC
4 Hutton Centre Drive, Suite 675
Santa Ana, CA 92707

[ ] BY FACSIMILE – The facsimile machine used complied with Rule 2003(3) and no error was reported by the machine. Pursuant to Rule 2008(e)(4), caused the machine to print a record of the transmission.
[X] BY MAIL (1013 a, 2015.5 CCP)

    [ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.
    [X] I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X] STATE – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 4, 2009, at Beverly Hills, California.

By: _____
s/ Saam Ahmadinia

PLAINTIFF'S MOTION TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE